No. 308. WAGONER *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of

Appeals for the Seventh Circuit denied. *Mr. John D. Shoaff* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Leon Ulman* for the United States.